AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Lori Rodriguez, The Second Amendment Foundation, Inc., The Calguns Foundation, Inc. <br> *Plaintiff(s)* <br><br> v. <br><br> City of San Jose, City of San Jose Police Department, Officer Steven Valentine, Does 1 to 20 <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:15-CV-03698 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
City of San Jose, City of San Jose Police Department, Officer Steven Valentine
200 East Santa Clara Street, 16th Floor Tower
San Jose, CA 95113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Donald Kilmer, Attorney at Law
1645 Willow Street, Suite 150
San Jose, CA 95125
Vc: (408) 264-8489 Fax (408) 264-8487
Email: don@dklawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*