Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE COURTHOUSE | 280 S. 1ST STREET, SAN JOSE, CA 95113

| | |
|---|---|
| LORI RODRIGUEZ, THE SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE, CITY OF SAN JOSE POLICE DEPARTMENT, OFFICER STEVEN VALENTINE and DOES 1 TO 20, <br><br> Defendants. | Case No.:   5:15-CV-03698 <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, ADR CERTIFICATION AND RULE 26(f) REPORT** |

The parties, by and through undersigned counsel, hereby agree as follows:

1. That the Defendants' Waiver of Service of Process signed on September 28, 2015 and was filed on October 21, 2015.

2. Defendants' Response is due November 27, 2015.

3. The parties have been diligently engaged in discussing case management, discovery and Alternative Dispute Resolution since the City received notice of the case in late August of 2015.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation - Continue CMC          Page 1 of 2          Rodriguez v. City of San Jose

1  4. The parties believe that these self-directed discussions are helpful to keeping
2     litigation costs down and minimizing judicial resources. Therefore they
3     mutually request the following orders:
4     a. That the Case Management Conference be continued to the first
5        available date in February, 2016.
6     b. That the deadlines for filing ADR Certification and Rule 26(f) Report
7        be continued to January 20, 2016.
8     c. That the Defendants' Response shall be filed on or before February 5,
9        2016.

10 **SO STIPULATED.**

11 Date:  October 21, 2015                              Date:  October 21, 2015

13 /s/ Mark Vanni                                       /s/ Donald Kilmer
14 For Defendants                                       For Plaintiffs

16                                    **ORDER**

17    Good cause having been shown, the Initial Case Management Conference in
18 this matter is continued to: _____, at _____ (am/pm).
19    ADR Certification and Rule 26(f) Reports shall be due January 20, 2016.
20    **SO ORDERED.**

23                                                      United States District Court Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation - Continue CMC          Page 2 of 2          Rodriguez v. City of San Jose