Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE COURTHOUSE | 280 S. 1ST STREET, SAN JOSE, CA 95113

| | |
|---|---|
| LORI RODRIGUEZ, THE SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF SAN JOSE, CITY OF SAN JOSE POLICE DEPARTMENT, OFFICER STEVEN VALENTINE and DOES 1 TO 20,<br><br>    Defendants. | Case No.:    5:15-CV-03698 EJD[1]<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, ADR CERTIFICATION AND RULE 26(f) REPORT** |

The parties, by and through undersigned counsel, hereby agree as follows:

1.    That the Defendants' Waiver of Service of Process signed on September 28, 2015 and was filed on October 21, 2015.

2.    Defendants' Response is due November 27, 2015.

3.    The parties have been diligently engaged in discussing case management, discovery and Alternative Dispute Resolution since the City received notice of

---

[1] The case was reassigned to Judge Hon. Edward J. Davila on October 29, 2015.

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1   the case in late August of 2015.

2   4.      The parties believe that these self-directed discussions are helpful to keeping

3   litigation costs down and minimizing judicial resources.  Therefore they

4   mutually request the following orders:

5   a.      That the Case Management Conference be continued to the first

6   available date in late February, 2016.

7   b.      That the deadlines for filing ADR Certification and Rule 26(f) Report

8   be continued to January 20, 2016.

9   c.      That the Defendants' Response shall be filed on or before February 5,

10   2016.

11   **SO STIPULATED.**

12   Date:   November 2, 2015                        Date:  November 2, 2015

13

14    /s/ Mark Vanni_____                         /s/ Donald Kilmer_____

15   For Defendants                                  For Plaintiffs

16

17                              **ORDER**

18       Good cause having been shown, the Initial Case Management Conference in

19   this matter is continued to: _____, at _____ (am/pm).

20       Defendants' Responsive Pleadings are due February 5, 2016.

21       ADR Certification and Rule 26(f) Reports shall be due January 20, 2016.

22       **SO ORDERED.**

23

24                                    _____

25                                    United States District Court Judge

26

27

28

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487