Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE COURTHOUSE | 280 S. 1ST STREET, SAN JOSE, CA 95113

| | |
|---|---|
| LORI RODRIGUEZ, THE SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE, CITY OF SAN JOSE POLICE DEPARTMENT, OFFICER STEVEN VALENTINE and DOES 1 TO 20, <br><br> Defendants. | Case No.:    5:15-CV-03698 <br><br> PLAINTIFFS' LOCAL RULE 3-15 STATEMENT <br><br> Certification Re: Interested Entities or Persons |

I, Donald Kilmer, certify and declare that as of the date of this declaration there are no interested entities or persons, other than the named parties, with a financial interest in this proceeding.

The undersigned is unable to make any certification or declaration as to the existence of persons or entities with a non-financial interest in this proceeding as the matter is a public interest case that seeks to clarify the law with regard to the

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Plaintiffs L.R. 3-15 Statement        Page 1 of 2        Rodriguez v. City of San Jose

exercise of fundamental constitutional rights and therefore has broad non-financial applications to unknown persons, unknown classes of person and unknown interested entities.

**Dated: February 11, 2016**

          **/s/ Donald Kilmer**

          **Attorney for the Plaintiffs**

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487