1  Donald E. J. Kilmer, Jr. [SBN: 179986]
   LAW OFFICES OF DONALD KILMER
2  1645 Willow Street, Suite 150
   San Jose, California 95125
3  Voice: (408) 264-8489
   Fax:   (408) 264-8487
4  E-Mail: Don@DKLawOffice.com

5  Attorneys for Plaintiffs

6

7

8

          UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE COURTHOUSE | 280 S. 1ST STREET, SAN JOSE, CA 95113
10

11  LORI RODRIGUEZ, THE SECOND       Case No.:     5:15-CV-03698
    AMENDMENT FOUNDATION,
12  INC., and THE CALGUNS            JOINT CASE MANAGEMENT
    FOUNDATION, INC.,                CONFERENCE STATEMENT
13
                                     Civil Local Rule 16-9
14        Plaintiffs,
                                     Conference Date:  February 25, 2016
15          vs.                      Conference Time:  10:00 a.m.
                                     Conference Place: Courtroom 4,
16  CITY OF SAN JOSE, CITY OF SAN                      5th Floor
    JOSE POLICE DEPARTMENT,
17  OFFICER STEVEN VALENTINE
    and DOES 1 TO 20,
18
19        Defendants.

20

21        Pursuant to Local Rule 16-9, the parties hereby submit this Joint Case

22  Management Conference Statement which incorporates a Discovery Plan.

23  1.    Jurisdiction and Service. The Defendants filed an answer to the Complaint

24        on January 11, 2016.  Service is not at issue.   Furthermore, the parties

25        stipulate that this Court is the proper venue for the action and this Court has

26        jurisdiction over the claims plead in the operative Complaint.

27  2.    Facts. The facts of the case concern the seizure and continued retention of

28        firearms owned by the Plaintiff LORI RODRIGUEZ.  A prior case state court

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

matter adjudicated the matter under Welfare and Institutions Code § 8102. [Santa Clara County Superior Court under Case No.: 1-13-CV-241669, and appeal to the Sixth District Court of Appeal under Case No.: H040317.]

a.   The facts relating to the Defendants' continued dominion and control over Plaintiffs' property are undisputed, i.e.,

     i.   Lori Rodriguez is currently the registered owner of all the firearms in question.

          (1)   At the time of confiscation one or more firearms were her separate property acquired before marriage.

          (2)   The remaining firearms were community property, but registered to her husband.

     ii.   Lori Rodriguez has been eligible to both possess and purchase firearms under federal and state law for all relevant times.

     iii.   For all relevant periods, LORI RODRIGUEZ owned a California approved gun safe and, currently still owns the same gun safe.

b.   The facts relating to the initial seizure of the firearms are disputed[1]:

     i.   Did Lori Rodriguez consent to their initial seizure from the gun safe, or

     ii.   Did Lori Rodriguez comply with the Police Officer's command that she open the gun safe and relinquish the firearms to the police.

c.   The City of San Jose claims to have confiscated the firearms in question pursuant to the California Welfare and Institutions Code. Their power to do so is disputed.

d.   Lori Rodriguez's husband is currently a prohibited person under

---

[1]   Discovery in the case can probably be limited to the policies, procedures, customs and practices of the San Jose Police Department relating to firearm seizures (claiming to be conducted pursuant to CA law) and a reconstruction of the actual events during the seizure.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1  California Welfare and Institutions Code § 8100 and may not currently

2  own, possess, control, receive, or purchase, or attempt to own, possess,

3  control, receive, or purchase any firearm.

4  e.  The San Jose Police Department had probable cause to detain Lori

5  Rodriguez's husband pursuant to Welfare and Institutions Code §

6  5150.

7  3.  <u>Legal Issues</u>. The legal issues raised by this case will require interpretation

8  of Fourth Amendment law relating to warrantless seizures and the Second

9  Amendment rights of persons living with a prohibited person.

10  4.  <u>Motions</u>. The are no motions currently pending.  The parties have discussed a

11  process for both parties to obtain any necessary discovery and expect to

12  dispose of the case with cross-motions for summary judgments (or summary

13  adjudication) if undisputed facts can be properly framed for such a motion.

14  Because the parties anticipate possible appellate litigation in this matter,

15  they jointly request relief from Judge Davila's standing order that cross-

16  motions for summary judgment be handled as expanded normal pleadings.

17  The specifically request that they be each be permitted to file:

18  a.  Motion for Summary Judgment and Statement of Undisputed facts

19  with supporting documents.

20  b.  Opposition to the motion.

21  c.  Reply to the Opposition.

22  5.  <u>Amended Pleadings</u>.  At time neither party anticipates amending their

23  pleadings.

24  6.  <u>Evidence Preservation</u>.  By and through counsel, the parties certify, that they

25  have reviewed the Guidelines Relating to the Discovery of Electronically

26  Stored Information (ESI Guidelines), and they further certify, that were

27  applicable they have taken the necessary steps to preserve electronic

28  evidence relevant in this action.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Joint Case Management Conf Stmt            Page 3 of  6            Rodriguez v. City of San Jose

7. <u>Disclosures</u>. The parties have complied with the Disclosure Requirements of Fed.R.Civ.P. 26 and disclosed documents relating to the status of Lori Rodriguez as an eligible gun owner, registration of her firearms and the qualifications of her gun safe.

8. <u>Discovery</u>. As noted above, the parties anticipate that discovery will be necessary as to the policies, procedures, customs and practices of the San Jose Police Department relating to firearm seizures and a reconstruction of the actual events that occurred during the seizure of the Plaintiffs firearms. The parties do not anticipate, at this time, any discovery disputes.

    a.    Depositions:

        i.    The officer who seized the firearms from Plaintiffs on the day in question.

        ii.    Lori Rodriguez and her mother-in-law.

    b.    Request for Admission to establish foundational facts.

    c.    Interrogatories to clarify factual controversies relating to Defendants' policies, procedures, customs and practices.

9. <u>Class Action</u>. Not applicable.

10. <u>Related Case</u>. There are no related cases or proceedings pending before an other judge of this court or before any other court or administrative body. The initial proceeding under California Welfare and Institutions Code § 8102 arose in Santa Clara County Superior Court under Case No.: 1-13-CV-241669, and was appealed to the Sixth District Court of Appeal under Case No.: H040317.

11. <u>Relief</u>. The primary relief sought is injunctive and/or declaratory relief along with a request for an award of damages, attorney fees and costs.

12. <u>Settlement and ADR</u>. Counsel have discussed settlement with their clients. Based on the legal issues, this case does not appear to be conducive to settlement. There remains an open offer to the Defendants for a stipulation

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1     to exclude the individual officer (Steven Valentine) from any exposure to

2     money damages in consideration evidentiary stipulations. (e.g., An admission

3     that the officer acted in accordance with the policies, procedures, customs and

4     practices of the City of San Jose and the City of San Jose Police Department

5     by demanding (compelling) LORI RODRIGUEZ to open her gun safe and

6     permit the seizure of the firearms in question.

7    13.    <u>Consent to Magistrate</u>.  Plaintiffs consented.  Defendants did not.

8    14.    <u>Other References</u>.  Not Applicable.

9    15.    <u>Narrowing Issues</u>.  Not Applicable.

10   16.    <u>Expedited Trial Procedure</u>.  By and through counsel, the parties request that

11     this issue be reserved until after the cross motions for summary judgment

12     have been adjudicated.

13   17.    <u>Scheduling</u>. The parties propose the following deadlines:

14       a.     Fact Discovery Cut-Off - July 1, 2016.

15       b.     Dispositive Motions filed on or before September 1, 2016.

16       c.     Hearing on Cross-Motions at the Court's convenience.

17   18.    <u>Trial</u>.  Plaintiffs have not requested a jury trial.  Defendants have demanded

18     a jury trial.  Anticipated length of trial is 5 court days, including picking a

19     jury.

20   19.    <u>Disclosure of Non-party Interested Entities or Persons</u>. As of the date of the

21     Case Management Conference, Plaintiff has filed a "Certification of

22     Interested Entities or Persons."  Defendants are exempt.

23       a.     Plaintiffs contend that there are no interested entities or persons,

24         other than the named parties, with a financial interest in this

25         proceeding.

26       b.     Plaintiffs are unable to make any certification or declaration as to the

27         existence of persons or entities with a non-financial interest in this

28         proceeding as the matter is a public interest case that seeks to clarify

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1    the law with regard to the exercise of fundamental constitutional

2    rights and therefore has broad non-financial applications to unknown

3    persons, unknown classes of person and unknown interested entities.

4    20.    Professional Conduct. Undersigned attorney declare that they have reviewed

5    the Guidelines for Professional Conduct for the Northern District of

6    California.

7    21.    Other Matters.  Not applicable.

8

9    Date:   February 16, 2016                    Date:  February 16, 2016

10

11    /s/ Mark Vanni                                /s/ Donald Kilmer

12    For Defendants                               For Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487