1 Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
2 1645 Willow Street, Suite 150
San Jose, California 95125
3 Voice: (408) 264-8489
Fax:    (408) 264-8487
4 E-Mail: Don@DKLawOffice.com

5 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE COURTHOUSE | 280 S. 1ST STREET, SAN JOSE, CA 95113

| | |
|---|---|
| LORI RODRIGUEZ, THE SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE, CITY OF SAN JOSE POLICE DEPARTMENT, OFFICER STEVEN VALENTINE and DOES 1 TO 20, <br><br> Defendants. | Case No.:   5:15-CV-03698 <br><br> STIPULATION OF THE PARTIES RE: DOE DEFENDANTS |

The parties stipulate as follows:

1. The Court's Case Management Order (Doc 19) filed on February 22, 2016 imposes a deadline for joinder of additional parties or other amendments to the pleadings at sixty days after the order. (i.e., April 25, 2016)

2. However the fact discovery deadline is set for July 1, 2016.

3. There currently exists a controversy that can only be resolved through discovery as to whether Officer Valentine is the only San Jose Police Officer responsible for the taking and/or seizure of the firearms in this case.

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation Re: Doe Defs        Page 1 of 2        Rodriguez v. City of San Jose

4. Therefore the parties stipulate that the Court's order for substitution of Doe Defendants on this issue is extended to July 14, 2016.

5. All other orders remain in full force and effect.

**SO STIPULATED.**

Date: April 26, 2016                                       Date: April 26, 2016

/s/ Mark Vanni                                               /s/ Donald Kilmer

For Defendants                                              For Plaintiffs

**ORDER**

Based on the Stipulation of the Parties and good cause having been shown, the deadline set forth in the Court's February 22, 2016 Order (Doc 19) for amendment of the pleadings for purposes of substitution of Doe Defendants is modified to July 14, 2016. All other orders and deadlines remain in effect.

**SO ORDERED.**

Date:

_____
United States District Court Judge

**Donald Kilmer**
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Stipulation Re: Doe Defs          Page 2 of 2          Rodriguez v. City of San Jose