Donald E. J. Kilmer, Jr. [SBN: 179986]
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Voice: (408) 264-8489
Fax:   (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE COURTHOUSE | 280 S. 1ST STREET, SAN JOSE, CA 95113

| | |
|---|---|
| LORI RODRIGUEZ, THE SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, CITY OF SAN JOSE POLICE DEPARTMENT, OFFICER STEVEN VALENTINE and DOES 1 TO 20,<br><br>Defendants. | Case No.:    5:15-CV-03698<br><br>**[~~Proposed~~] ORDER RE: LETTER BRIEF OF SUPPLEMENTAL AUTHORITY:**<br>***Panzella v. Sposato, et al.*, United States Court of Appeals for the Second Circuit, Case No.: 15–2825-cv. Decided July 17, 2017**<br><br>[Fed. R. Civ. P. 56]<br>[Local Rule 7-3(d), 7-11]<br><br>Submitted:   November 10, 2016<br>Judge:       Hon. Edward J. Davila |

Having considered the status of the case and Plaintiffs' Motion for Leave file letter briefs in light of *Panzella v. Sposato, et al.*, United States Court of Appeals for the Second Circuit, Case No.: 15–2825-cv.  Decided July 17, 2017, the Court hereby orders the parties to submit letter briefs, not to exceed ___3___ pages within ___10___ court days of this order.

Date:   August 1, 2017

_____
United States District Court Judge

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Order re: Supplemental Authority                                    *Rodriguez v. City of San Jose*