UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORI RODRIGUEZ, et al., <br>     Plaintiffs, <br> v. <br> CITY OF SAN JOSE, et al., <br>     Defendants. | Case No. 5:15-cv-03698-EJD <br><br> **JUDGMENT** |

Defendants' Motion for Summary Judgment having been granted and Plaintiffs' Motion for Summary Judgment having been denied,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: October 3, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-03698-EJD
JUDGMENT

1